**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN QUILLINAN, and

CYPORETTE QUILLINAN,

        Plaintiffs

    v.

ANNA PAPAVASSILIOU,

        Defendant.

No. C 12-04159 CRB

**JUDGMENT**

    Having granted Defendant's Motion to Dismiss with prejudice, this Court enters judgment for Defendant and against Plaintiffs.

    **IT IS SO ORDERED.**

Dated: February 4, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\4159\judgment.wpd